# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Cothern's Tanker Inspections, LLC | § |
| | §    CIVIL NO: |
| vs. | §    AU:21-CV-00098-RP |
| | § |
| Kyle Dylan Griffith | § |

## ORDER RESETTING PRELIMINARY INJUNCTION HEARING

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **PRELIMINARY INJUNCTION HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, November 01, 2021 at 09:00 AM**.

    IT IS SO ORDERED this 30th day of September, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE