IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COTHERN'S TANKER INSPECTIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:21-CV-98-RP |
| KYLE DYLAN GRIFFITH, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On this day, the Court issued its Findings of Fact and Conclusions of Law following a bench trial. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is entered in favor of Defendant/Counter-Plaintiff Kyle Dylan Griffith. **IT IS FURTHER ORDERED** that Plaintiff Cothern's Tanker Inspections, LLC shall **TAKE NOTHING** from Defendant Griffith.

**IT IS FURTHER ORDERD** that Griffith is AWARDED damages as follows:

$13,841.50 in lost wages and $2,636.33 in prejudgment interest from November 14, 2020

$24,099.00 in attorney's fees and costs

Post-judgment interest until paid at the weekly rate set under 28 U.S.C. § 1961

**IT IS FURTHER ORDERED** that all other relief not specifically granted is **DENIED**.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on April 12, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE